# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

BEVERLY A. DUFFLE,                )
                                  )
              Plaintiff,   )
                                  )
v.                                ) No. CIV-09-335-FHS-SPS
                                  )
MICHAEL J. ASTRUE,                )
Commissioner Social Security      )
Administration,                   )
                                  )
              Defendant.   )

## **JUDGMENT**

Pursuant to this court's order of March 31, 2011, remanding this action to the defendant under the fourth sentence of 42 U.S.C. §405(g), the court orders judgment entered for the plaintiff and against the defendant in accordance with the provisions of Rule 58, Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 31st day of March, 2011.

Frank H. Seay
United States District Judge